FILED
2/23/17 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Kelly_____  (JAD)/TPA/CMB/GLT
Date of Meeting: _2/17/17_
Case Number: _16-70837_ Recording # __4__
Debtor(s) present _✓_ or Not Present ___ (__No Payments Made or _✓_ partial payments)
Attorney for debtor(s) _Seitz_____ (Present _✓_ or Not Present ___)
Date of Plan at § 341: _12/30/16_ Applicable commitment period _✓_ 3 yrs ___ 5 yrs

LMP case

Debtor H works Tradesman International (temp construction work) ⇒ looking for full time position.

_✓_ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
____ Order to Show Cause Requested
____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due:_____; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
____ 341 Meeting OR _✓_ Conciliation Conf. OR ____ *Contested Hearing
On _5/18/17_ at _1:00_ am/pm Location_____

No payments
can it be for confirmation or payments

_____
Chapter 13 Trustee/Attorney for Trustee