**Form 314**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Clair E Kelly** | : | Case No. 16–70837–JAD |
| **Brenda S Kelly** | : | Chapter: 13 |
| *Debtor(s)* | : | Next Hearing Date: May 18, 2017 at |
| | : | 1:00 pm |

## ORDER

     **AND NOW,** this **23rd day of February, 2017,** as a result of the Proceeding held on February 17, 2017, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before ,** all ***Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On May 18, 2017 at 01:00 PM,* a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    B.    ***On or before ,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before , Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On May 18, 2017 at 01:00 PM,* a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

&#9745;      C.      A Conciliation Conference is scheduled for May 18, 2017 at 1:00 pm in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Objections due by: May 1, 2017. Only counsel for a Johnstown Debtor(s) in the Johnstown area may participate in plan conciliation conferences by telephone. (Counsel for the Debtor outside of the Johnstown area may appear telephonically, ONLY IF Counsel for the Debtor is responsible for originating the telephone call to the Chapter 13 Trustee's meeting room, by calling, 412−258−3557 at the time designated for the conciliation conference. If applicable as stated above, any party filing an objection to the plan must make arrangements with counsel for the Debtor to be included in the call, utilizing a third−party conference call service if necessary. The call shall not be placed to the Trustee's meeting room until AFTER all parties have been connected to the call. Only the parties who file and serve timely objections will be included in the telephonic hearing.

      It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

      <u>Jeffery A. Deller</u>
      United States Bankruptcy Judge

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70837-JAD
Clair E Kelly                                                             Chapter 13
Brenda S Kelly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: jhel              Page 1 of 2           Date Rcvd: Feb 23, 2017
                               Form ID: 314            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db/jdb         +Clair E Kelly,    Brenda S Kelly,    233 Hillcrest Street,    Northern Cambria, PA 15714-1508
14336075        Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
14336076       +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
14336078        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14336077       +Cambria Somerset Radiology,    239 Main Street,    Suite 400,    Johnstown, PA 15901-1640
14336079        Cnb Bank,    Market & Second,    Clearfield, PA 16830
14336080        Cnty Ntl Bk,    Market & Second,    Clearfield, PA 16830
14336082       +First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
14336083       +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
14336084       +Ginny's Inc,    1112 7th Ave,    Monroe, WI 53566-1364
14336085        Hugill Sanitation, Inc.,    779 Front Street,    Mahaffey, PA 15757-8909
14336086       +J.P. Harris Associates, LLC,    P.O. Box 226,    Mechanicsburg, PA 17055-0226
14336089       +Miners Hospital Emergency Physican Group,    P.O. Box 644560,    Pittsburgh, PA 15264-8500
14336090       +Miners Medical Center,    P.O. Box 643928,    Pittsburgh, PA 15264-3928
14336091       +Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
14336092       +OneMain Financial,    3133 New Germany Road, Suite 69,    Ebensburg, PA 15931-4348
14336093       +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14336094       +Physiotherapy Corporation PP,    P.O. Box 824181,    Philadelphia, PA 19182-4181
14336095       +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
14336096       +Sheetz,    5700 Sixth Avenue,    Altoona, PA 16602-1199
14338100        Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
14336099       +Through The Country Do,    1112 7th Ave,    Monroe, WI 53566-1364
14336100       +Transworld Systems INC,    802 E. Marintown Road Ste 201,    North Augusta, SC 29841-5352
14336102       +West Branch Sewer Authority,    901 Maple Avenue, Suite 2,    Northern Cambria, PA 15714-1331
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14336073       +E-mail/Text: amscbankruptcy@adt.com Feb 24 2017 01:37:23      ADT Security Services,
                 P.O. Box 371490,    Pittsburgh, PA 15250-7490
14336074       +E-mail/Text: assignedrisk@ameriserv.com Feb 24 2017 01:37:15      Ameriserv Financial Bank,
                 P.O. Box 520,    Johnstown, PA 15907-0520
14336081        E-mail/Text: Bankruptcy.Consumer@dish.com Feb 24 2017 01:36:58      Dish Network,
                 P.O. Box 7203,    Pasadena, CA 91109-7303
14336087       +E-mail/Text: ebnsterling@weltman.com Feb 24 2017 01:36:42      Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
14336088       +E-mail/Text: bkr@cardworks.com Feb 24 2017 01:36:30      Merrick Bank,   Pob 1500,
                 Draper, UT 84020-1500
14350946       +E-mail/PDF: cbp@onemainfinancial.com Feb 24 2017 01:33:25      ONEMAIN,   605 MUNN RD,
                 FORT MILL, SC 29715-8421
14347890        E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2017 01:36:44
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14336098       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:26      Syncb/walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
14336101       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:26      Walmart/Synchrony Bank,
                 P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
14336097        Susquehanna School Disctrict of N. Cambr
                                                                                   TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7           User: jhel                  Page 2 of 2              Date Rcvd: Feb 23, 2017
                               Form ID: 314                Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Clair E Kelly thedebterasers@aol.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```