IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70837-JAD |
| **Clair E. Kelly and** | : | |
| **Brenda S. Kelly,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| **Clair E. Kelly and** | : | |
| **Brenda S. Kelly,** | : | Related to Docket No. 26 |
| Movants | : | |
| v. | : | |
| **Bank of America,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

# ORDER

A *Loss Mitigation Order* dated December 21, 2016, was entered in the above matter at Document No. 7. On March 21, 2017, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtors, Clair E. Kelly and Brenda S. Kelly at Document No. 26.

AND NOW, this 31st day of March, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* May 1, 2017.

FILED
3/31/17 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
Jeffery A. Deller
Chief United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                 Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-70837-JAD
Clair E Kelly                                                           Chapter 13
Brenda S Kelly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 1            Date Rcvd: Mar 31, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
db/jdb         +Clair E Kelly,    Brenda S Kelly,    233 Hillcrest Street,    Northern Cambria, PA 15714-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Clair E Kelly thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5