# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70837-JAD |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | |
| Movants | : | |
| v. | : | |
| Bank of America, | : | |
| Respondent | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I electronically served the Interim Mortgage Modification Order dated May 10, 2017, on the Chapter 13 Trustee at the following e-mail address: LMP@chapter13trusteewdpa.com.

Date: May 11, 2017

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924