# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70837-JAD |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | |
| Movants | : | |
| v. | : | |
| Bank of America, | : | |
| Respondent | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Interim Mortgage Modification Order dated May 10, 2017, on the parties at the addresses on the attached matrix by first class mail.

Date: May 11, 2017

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

KML Law Group, P.C.
Attn: James C. Warmbrodt, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

Bank of America
Attn: Emily Spruiell
P.O. Box 31785
Tampa, FL 33631

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Clair E. Kelly
Brenda S. Kelly
233 Hillcrest Street
Northern Cambria, PA 15714