**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | Bankruptcy No. 16-70837-JAD |
| Clair E. Kelly and : | |
| Brenda S. Kelly, : | Chapter 13 |
| Debtors : | |
| : | |
| Clair E. Kelly and : | |
| Brenda S. Kelly, : | |
| Movants : | |
| v. : | |
| Bank of America, : | |
| Respondent : | |
| : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee, : | |
| Additional Respondent : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order Extending the Loss Mitigation Period dated May 11, 2017, on the parties at the addresses on the attached matrix by first class mail.

Date: May 12, 2017                    /s/ Kenneth P. Seitz, Esquire
                                        Kenneth P. Seitz, Esquire
                                        PA I.D. 81666
                                        Law Offices of Kenny P. Seitz
                                        P.O. Box 211
                                        Ligonier, PA 15658
                                        Tel: 814.536-7470
                                        Fax: 814.536-9924

**MATRIX OF PARTIES SERVED**

KML Law Group, P.C.
Attn: James C. Warmbrodt, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

Bank of America
Attn: Emily Spruiell
P.O. Box 31785
Tampa, FL 33631

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Clair E. Kelly
Brenda S. Kelly
233 Hillcrest Street
Northern Cambria, PA 15714