IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70837-JAD |
| **Clair E. Kelly and** | : | |
| **Brenda S. Kelly,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| **Clair E. Kelly and** | : | |
| **Brenda S. Kelly,** | : | Related to Docket No. 33 |
| Movants | : | |
| v. | : | |
| **Bank of America,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated <u>December 21, 2016</u>, was entered in the above matter at Document No. <u>7</u>. On <u>May 1, 2017</u>, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtors, <u>Clair E. Kelly and Brenda S. Kelly</u> at Document No.<u>33</u>.

*AND NOW*, this <u>11th</u> day of <u>May</u>, 20<u>17</u>, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* June <u>12</u>, 20 <u>17</u>.

FILED
5/11/17 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
Jeffery A. Deller
Chief United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                 Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-70837-JAD
Clair E Kelly                                                   Chapter 13
Brenda S Kelly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: mgut              Page 1 of 1            Date Rcvd: May 11, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.
db/jdb         +Clair E Kelly,   Brenda S Kelly,   233 Hillcrest Street,   Northern Cambria, PA 15714-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Clair E Kelly thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5