# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** CLAIR E & BRENDA S KELLY
**Case Number:** 16-70837-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 05, 2017 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/11/17 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#14 - Final Confirmation of Plan Dated 12/30/2016 (NFC)
R / M #: 14 / 0

### *Appearances:*   Seitz

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12-21-17 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/29/2017   10:23:53AM