## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70837-JAD |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 51 |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Hearing Date & Time: November 17, 2017 |
| Movants | : | 10:00 AM |
| v. | : | |
| Bank of America, N.A., | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING THE
### MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 7th day of November, 2017, no answer, objection, or other responsive pleading to the Motion to Approve Loan Modification Agreement filed on October 20, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification Agreement were to be filed and served no later than November 6, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Approve Loan Modification Agreement be entered by the Court.

Date: <u>November 7, 2017</u>          /s/ Kenneth P. Seitz, Esquire
                                        Kenneth P. Seitz, Esquire
                                        PA I.D. # 81666
                                        Law Offices of Kenny P. Seitz
                                        P.O. Box 211, Ligonier, PA 15658
                                        (814) 536-7470
                                        Attorney for Debtors