# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70837-JAD |
| **Clair E. Kelly and** | : | |
| **Brenda S. Kelly,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| **Clair E. Kelly and** | : | |
| **Brenda S. Kelly,** | : | Related to Docket No. 49 |
| Movants | : | |
| v. | : | Hearing Date & Time: November 17, 2017 |
| **Bank of America, N.A.,** | : | 10:00 AM |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## ORDER

**AND NOW,** on this __9th__ day of __November__, 2017, upon consideration of the within Motion to Approve Loan Modification Agreement, it is hereby ORDERED and DECREED as follows:

1. The Loan Modification Agreement between the Debtors and Clair E. Kelly and Brenda S. Kelly and Bank of America, N.A. is approved.

2. The terms of the modification are as follows:

    a. The maturity date for the loan will be September 1, 2047.

    b. The new principal balance will be One Hundred Ninety-Six Thousand Eight Hundred Twenty Dollars and twenty-five cents ($196,820.25).

    c. The monthly payment will be One Thousand Three Hundred Seven Dollars and thirty-four cents ($1,307.34). The monthly payment includes the principal and interest payment of Nine Hundred Eighty-Two Dollars and sixty-nine cents ($982.69) as well as the escrow payment of Three Hundred Twenty-Four Dollars and sixty-five cents ($324.65). The interest rate will be 4.375%. This payment will be in place for three hundred sixty (360) months. The first payment will be due October 1, 2017.

3. An amended Chapter 13 Plan shall be filed within thirty (30) days from the date of this Order incorporating the terms of the loan modification agreement.

_____
Jeffery A. Deller                          jsf
Chief United States Bankruptcy Judge


FILED
11/9/17 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70837-JAD
Clair E Kelly                                                             Chapter 13
Brenda S Kelly
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: mgut                    Page 1 of 1                    Date Rcvd: Nov 09, 2017
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.
db/jdb         +Clair E Kelly,    Brenda S Kelly,    233 Hillcrest Street,    Northern Cambria, PA 15714-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Clair E Kelly thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5