**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70837-JAD |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Chapter 13 |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED NOVEMBER 15, 2017**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of November, 2017, a true and exact copy of the Amended Chapter 13 Plan dated November 15, 2017, along with a copy of the Order dated November 16, 2017, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>November 17, 2017</u>

Respectfully submitted,
<u>/s/ Kenneth P. Seitz, Esquire</u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          7                                       ADT Security Services
0315-7                                   U.S. Bankruptcy Court                   P.O. Box 371490
Case 16-70837-JAD                        5414 U.S. Steel Tower                   Pittsburgh, PA 15250-7490
WESTERN DISTRICT OF PENNSYLVANIA         600 Grant Street
Johnstown                                Pittsburgh, PA 15219-2703
Fri Nov 17 10:58:39 EST 2017

American InfoSource LP as agent for      Ameriserv Financial Bank                BANK OF AMERICA, N.A.
Verizon                                  P.O. Box 520                            Bank of America
PO Box 248838                            Johnstown, PA 15907-0520                PO Box 31785
Oklahoma City, OK  73124-8838                                                    Tampa, FL 33631-3785


Bank of America                          Bankamerica                             CBCS
P.O. Box 31785                           4909 Savarese Cir                       P.O. Box 2724
Tampa, FL 33631-3785                     Tampa, FL 33634-2413                    Columbus, OH 43216-2724


Cambria Somerset Radiology               Cnb Bank                                Cnty Ntl Bk
239 Main Street                          Market & Second                         Market & Second
Suite 400                                Clearfield, PA 16830                    Clearfield, PA 16830
Johnstown, PA 15901-1640


Dish Network                             First National Collection Bureau, Inc.  Fnb Omaha
P.O. Box 7203                            610 Waltham Way                         P.o. Box 3412
Pasadena, CA 91109-7303                  Sparks, NV 89434-6695                   Omaha, NE 68197-0001


Ginny's Inc                              Hugill Sanitation, Inc.                 J.P. Harris Associates, LLC
1112 7th Ave                             779 Front Street                        P.O. Box 226
Monroe, WI 53566-1364                    Mahaffey, PA 15757-8909                 Mechanicsburg, PA 17055-0226


Kay Jewelers                             Merrick Bank                            Midland Funding LLC
375 Ghent Rd                             PO Box 5000                             PO Box 2011
Fairlawn, OH 44333-4600                  Draper, UT 84020-5000                   Warren, MI 48090-2011


Miners Hospital Emergency Physican Group Miners Medical Center                   Monarch Recovery Management, Inc.
P.O. Box 644560                          P.O. Box 643928                         10965 Decatur Road
Pittsburgh, PA 15264-8500                Pittsburgh, PA 15264-3928               Philadelphia, PA 19154-3210


ONEMAIN                                  Office of the United States Trustee     OneMain Financial
605 MUNN RD                              Liberty Center.                         3133 New Germany Road, Suite 69
FORT MILL, SC 29715-8421                 1001 Liberty Avenue, Suite 970          Ebensburg, PA 15931-4348
                                         Pittsburgh, PA 15222-3721


Penelec                                  Physiotherapy Corporation PP            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o FirstEnergy                          P.O. Box 824181                         PO BOX 41067
101 Crawford's Corner Rd                 Philadelphia, PA 19182-4181             NORFOLK VA 23541-1067
Bldg #1, Suite 1-511
Holmdel, NJ 07733-1900
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sears Credit Cards<br>P.O. Box 183082<br>Columbus, OH 43218-3082 | Sheetz<br>5700 Sixth Avenue<br>Altoona, PA 16602-1199 |
| Sterling Jewelers Inc.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Through The Country Do<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Transworld Systems INC<br>802 E. Marintown Road Ste 201<br>North Augusta, SC 29841-5352 | Walmart/Synchrony Bank<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | West Branch Sewer Authority<br>901 Maple Avenue, Suite 2<br>Northern Cambria, PA 15714-1331 |
| Brenda S Kelly<br>233 Hillcrest Street<br>Northern Cambria, PA 15714-1508 | Clair E Kelly<br>233 Hillcrest Street<br>Northern Cambria, PA 15714-1508 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Susquehanna School Disctrict of N. Cambr | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     2<br>Total                  44 |