# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70837-JAD |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 60 |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Hearing Date & Time: December 15, 2017 |
| Movants | : | 10:00 AM |
| vs. | : | |
| | : | |
| AmeriServ Financial, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION
## TO AVOID JUDICIAL LIEN WITH AMERISERV FINANCIAL

I, Jessica L. Tighe, Legal Assitant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of December, 2017, no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien with AmeriServ Financial filed on November 15, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judicial Lien with AmeriServ Financial appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judicial Lien with AmeriServ Financial were to be filed and served no later than December 4, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Judicial Lien with AmeriServ Financial be entered by the Court.

Date: December 5, 2017            /s/ Kenneth P. Seitz, Esquire
                                  Kenneth P. Seitz, Esquire
                                  PA I.D. # 81666
                                  Law Offices of Kenny P. Seitz
                                  P.O. Box 211, Ligonier, PA 15658
                                  (814) 536-7470
                                  Attorney for Debtors