**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 16-70837-JAD |
| Clair E. Kelly and : | |
| Brenda S. Kelly, : | Chapter 13 |
|     Debtors : | |
| : | Docket No. |
| Clair E. Kelly and : | |
| Brenda S. Kelly, : | Related to Docket No. 55 |
|     Movants : | |
| vs. : | Hearing Date & Time: December 15, 2017 |
| : | 10:00 AM |
| AmeriServ Financial, : | |
|     Respondent : | |

## ORDER

AND NOW, this _5th_ day of _December_, 2017, upon the motion to avoid a judicial lien which impairs an exemption of the Debtor, it is hereby ORDERED and DECREED as follows:

1. The judicial lien, 2008-03143 in Cambria County Common Pleas Court, obtained by AmeriServ Financial on the Debtors' real property be, and hereby is, declared null and void.

2. The claim, if any, of AmeriServ Financial, is to be treated as a general unsecured claim.

BY THE COURT:

FILED
12/5/17 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller,
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Clair E Kelly
Brenda S Kelly
    Debtors

Case No. 16-70837-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Dec 05, 2017
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
db/jdb         +Clair E Kelly,    Brenda S Kelly,    233 Hillcrest Street,    Northern Cambria, PA 15714-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
         James    Warmbrodt     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Kenneth P. Seitz     on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com
         Kenneth P. Seitz     on behalf of Debtor Clair E Kelly thedebterasers@aol.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 5