**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70837-JAD |
| Clair E. Kelly and | : | |
| Brenda S. Kelly, | : | Chapter 13 |
| **Debtors** | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED DECEMBER 12, 2019**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 13th day of December, 2019, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated December 12, 2019, along with a copy of the Order dated December 12, 2019, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: December 13, 2019

Respectfully submitted,
/s/ Jessica L.Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 16-70837-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Tue Jan  8 11:24:28 EST 2019 | BANK OF AMERICA, N.A.<br>PO Box 31785<br>TAMPA, FL 33631-3785 | Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5951 |
| Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Suite 200-A<br>Anaheim, CA 92806-5951 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | ADT Security Services<br>P.O. Box 371490<br>Pittsburgh, PA 15250-7490 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Ameriserv Financial Bank<br>P.O. Box 520<br>Johnstown, PA 15907-0520 | BANK OF AMERICA, N.A.<br>Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 |
| Bank of America<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Bankamerica<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | CBCS<br>P.O. Box 2724<br>Columbus, OH 43216-2724 |
| Cambria Somerset Radiology<br>239 Main Street<br>Suite 400<br>Johnstown, PA 15901-1640 | Cnb Bank<br>Market & Second<br>Clearfield, PA 16830 | Cnty Ntl Bk<br>Market & Second<br>Clearfield, PA 16830 |
| Dish Network<br>P.O. Box 7203<br>Pasadena, CA 91109-7303 | First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 89437-6695 | Fnb Omaha<br>P.o. Box 3412<br>Omaha, NE 68197-0001 |
| Ginny's Inc<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Hugill Sanitation, Inc.<br>779 Front Street<br>Mahaffey, PA 15757-8909 | J.P. Harris Associates, LLC<br>P.O. Box 226<br>Mechanicsburg, PA 17055-0226 |
| Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 | Merrick Bank<br>PO Box 5000<br>Draper, UT 84020-5000 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Miners Hospital Emergency Physican Group<br>P.O. Box 644560<br>Pittsburgh, PA 15264-8500 | Miners Medical Center<br>P.O. Box 643928<br>Pittsburgh, PA 15264-3928 | Monarch Recovery Management, Inc.<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 |
| ONEMAIN<br>605 MUNN RD<br>FORT MILL, SC 29715-8421 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>3133 New Germany Road, Suite 69<br>Ebensburg, PA 15931-4348 |

| | | |
|---|---|---|
| Penelec<br>c/o FirstEnergy<br>101 Crawford's Corner Rd<br>Bldg #1, Suite 1-511<br>Holmdel, NJ 07733-1976 | Physiotherapy Corporation PP<br>P.O. Box 824181<br>Philadelphia, PA 19182-4181 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sears Credit Cards<br>P.O. Box 183082<br>Columbus, OH 43218-3082 | Sheetz<br>5700 Sixth Avenue<br>Altoona, PA 16602-1199 |
| Sterling Jewelers Inc.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Through The Country Do<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Transworld Systems INC<br>802 E. Marintown Road Ste 201<br>North Augusta, SC 29841-5352 | Walmart/Synchrony Bank<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | West Branch Sewer Authority<br>901 Maple Avenue, Suite 2<br>Northern Cambria, PA 15714-1331 |
| Brenda S Kelly<br>233 Hillcrest Street<br>Northern Cambria, PA 15714-1508 | Clair E Kelly<br>233 Hillcrest Street<br>Northern Cambria, PA 15714-1508 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (d)Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5951 | (u)Susquehanna School Disctrict of N. Cambr |