**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/10/2021

IN RE:

CLAIR E KELLY
BRENDA S KELLY
233 HILLCREST STREET
NORTHERN CAMBRIA,  PA  15714
XXX-XX-7918            Debtor(s)

XXX-XX-2069

Case No.16-70837 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/10/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CARRINGTON MORTGAGE SERVICES LLC**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: 1086/PL*1545.01x(60+2)=LMT*BGN 1/17*LOAN MOD@38*CL=190495.85*DK*FR BOA- | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2604 |
| **MERRICK BANK CORP**<br>PO BOX 5000<br>DRAPER, UT 84020 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NT ADR/SCH*SEE CID 35 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0515 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 4   INT %: 5.00%<br>Court Claim Number: 4<br>CLAIM: 2,500.00<br>COMMENT: $/CL-PL@5%MDF/PL*24.7%/FACE*W/33 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2139 |
| **AMERISERV FINANCIAL**<br>216 FRANKLIN ST STE 608<br>PO BOX 520<br>JOHNSTOWN, PA 15907-0520 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,497.00<br>COMMENT: AVD/DOE*UNS/SCH-PL*JUDGMENT 2008-03143*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0105 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9865 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SOMERSET RADIOLOGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8861 |
| **CNB BANK**<br>PO BOX 42<br>31 S SECOND ST<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,662.70<br>COMMENT: WNTS 8.5% VARIABLE*STMT THRU 12/14/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |
| **CITY NATIONAL BANK**<br>POB 927830<br>SAN DIEGO, CA 92192-7830 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL 60055-0063 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1356 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **FIRST NATIONAL COLLECTION++**<br>610 WALTHAM WAY<br>SPARKS, NV 89434 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8844 | CLAIM: 0.00<br>COMMENT: GETTINGTON/SCH |
| **QUANTUM3 GROUP - AGENT FOR JH PORTFOLI**<br>PO BOX 788<br>KIRKLAND, WA 98063-0788 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1291 | CLAIM: 1,282.37<br>COMMENT: X7588/SCH*SHEETZ/FNB OF OMAHA*LOAN BGN 1/14/15 |
| **GINNYS**<br>1112 7TH AVE<br>MONROE, WI 53566 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 863O | CLAIM: 0.00<br>COMMENT: |
| **HUGILL SANITATION INC**<br>RR2 BOX 158 RACE RD<br>MAHAFFEY, PA 16757-9204 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7421 | CLAIM: 0.00<br>COMMENT: |
| **J P HARRIS ASSOC**<br>POB 226<br>MECHANICSBURG, PA 17055 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: EN02 | CLAIM: 0.00<br>COMMENT: PER CAP~NO TAX YRS~SD BORO?/SCH |
| **J P HARRIS ASSOC**<br>POB 226<br>MECHANICSBURG, PA 17055 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: AIOO | CLAIM: 0.00<br>COMMENT: PER CAP~NO TAX YRS~SD BORO?/SCH |
| **STERLING JEWELERS D/B/A KAY JEWELERS++**<br>C/O FIVE LAKES AGENCY INC<br>PO BOX 80730<br>ROCHESTER, MI 48308-0730 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9642 | CLAIM: 0.00<br>COMMENT: SURR/CONF*UNS/SCH-PL*CL=327.43 |
| **MINERS HOSPITAL EMERGENCY PHYSICIAN**<br>POB 644560<br>PITTSBURGH, PA 15264 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: DMI1 | CLAIM: 0.00<br>COMMENT: |
| **MINERS MEDICAL CENTER++**<br>POB 643928<br>PITTSBURGH, PA 15264 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4680 | CLAIM: 0.00<br>COMMENT: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7725 | CLAIM: 3,420.92<br>COMMENT: X5323/SCH*CITIBANK/SEARS |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PENELEC/FIRST ENERGY**\*\*<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ  07733 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:11 | CLAIM: 384.40<br>COMMENT: X4627/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2552 |
| **PHYSIOTHERAPY CORPORATION**<br>POB 824181<br>PHILADELPHIA, PA  19182-4181 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0630 |
| **SHEETZ**<br>4662 W RIDGE RD<br>ERIE, PA  16505 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1291 |
| **ADDED CREDITOR  FOR CALCULATION**<br>OR NOT ENOUGH INFO/SCHED FOR<br>ENTITY NAME OR NOT ENOUGH INFO<br>PER CLM FOR ADDRESS OR PLACEHOLDER<br>RECORD | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: 15~SUSQUEHANNA TWP~N CAMBRIA SD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: IROO |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 888.22<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1987 |
| **THROUGH THE COUNTRY DOOR**<br>1112 7TH AVE<br>MONROE, WI  53566-1364 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 853O |
| **TRANSWORLD SYSTEMS**++<br>507 PRUDENTIAL RD<br>HORSHAM, PA  15090 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~ADT SCRTY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1757 |
| **SYNCHRONY BANK**++<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1987 |
| **WEST BRANCH SEWER AUTHORITY**<br>901 MAPLE AVE STE 2<br>NORTHERN CAMBRIA, PA  15714 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 911A |
| **ADT SECURITY SYSTEMS**<br>PO BOX 371878<br>PITTSBURGH, PA  15250 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9183 |

| Creditor | Trustee Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CAMBRIA SOMERSET RADIOLOGY**<br>239 MAIN ST STE 400<br>JOHNSTOWN, PA 15901 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2697 | CLAIM: 0.00<br>COMMENT: |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7725 | CLAIM: 0.00<br>COMMENT: |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2139 | CLAIM: 7,238.69<br>COMMENT: NO GEN UNS/SCH*WNTS 24.7%*W/4 |
| **CARRINGTON MORTGAGE SERVICES LLC**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2604 | CLAIM: 5,303.16<br>COMMENT: PMT/INTERIM TRIAL LN MOD*BGN 6/17*W/2*DK*FR BOA-DOC 69 |
| **MERRICK BANK CORP**<br>PO BOX 5000<br>DRAPER, UT 84020 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9572 | CLAIM: 4,084.88<br>COMMENT: NT/SCH*DFNCY BAL*INSUFF POD*DFCTV~SEE CID 3 |
| **CARRINGTON MORTGAGE SERVICES LLC**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2604 | CLAIM: 0.00<br>COMMENT: $0ARRS/PL*THRU 12/16*LOAN MOD@38*CL=4939.92*DK*FR BOA-DOC 69 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 547.71<br>COMMENT: NT/SCH |
| **CARRINGTON MORTGAGE SERVICES LLC**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 6-2 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2604 | CLAIM: 0.00<br>COMMENT: PMT/DECL*CL6-2GOV*LOAN MOD~BGN 10/17*W/2*DKT4LMT*FR BOA-DOC 69 |
| **HILL WALLACK LLC**<br>777 TOWNSHIP LINE RD STE 250<br>YARDLEY, PA 19067 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: CARRINGTON MORT/PRAE |