# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

09/15/2021

IN RE:

| | |
|---|---|
| CLAIR E KELLY<br>BRENDA S KELLY<br>233 HILLCREST STREET<br>NORTHERN CAMBRIA, PA 15714<br>XXX-XX-7918         Debtor(s)<br><br>XXX-XX-2069 | Case No.16-70837 JAD<br><br>Chapter 13 |

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee´s final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/15/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BOA/PRAE | |

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| BANKRUPTCY DEPARTMENT | Court Claim Number:6 | ACCOUNT NO.:  2604 |
| PO BOX 3730 | | |
| | CLAIM:  0.00 | |
| ANAHEIM, CA  92806 | COMMENT:  1086/PL*1545.01x(60+2)=LMT*BGN 1/17*LOAN MOD@38*CL=190495.85*DK*FR BOA- | |

| | | |
|---|---|---|
| **MERRICK BANK CORP** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| PO BOX 5000 | Court Claim Number: | ACCOUNT NO.:  0515 |
| | CLAIM:  0.00 | |
| DRAPER, UT  84020 | COMMENT:  SURR/PL*NT ADR/SCH*SEE CID 35 | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS** | Trustee Claim Number:4  INT %: 5.00% | CRED DESC:  VEHICLE |
| PO BOX 3251 | Court Claim Number:4 | ACCOUNT NO.:  2139 |
| | CLAIM:  2,500.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  $/CL-PL@5%MDF/PL*24.7%/FACE*W/33 | |

| | | |
|---|---|---|
| **AMERISERV FINANCIAL** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 216 FRANKLIN ST STE 608 | Court Claim Number:3 | ACCOUNT NO.:  0105 |
| PO BOX 520 | | |
| | CLAIM:  2,497.00 | |
| JOHNSTOWN, PA  15907-0520 | COMMENT:  AVD/DOE*UNS/SCH-PL*JUDGMENT 2008-03143*DK | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number: | ACCOUNT NO.:  9865 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19886-5102 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.:  8861 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-2724 | COMMENT:  SOMERSET RADIOLOGY/SCH | |

| | | |
|---|---|---|
| **CNB BANK** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 42 | Court Claim Number:5 | ACCOUNT NO.:  8001 |
| 31 S SECOND ST | | |
| | CLAIM:  2,662.70 | |
| CLEARFIELD, PA  16830 | COMMENT:  WNTS 8.5% VARIABLE*STMT THRU 12/14/16 | |

| | | |
|---|---|---|
| **CITY NATIONAL BANK** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 927830 | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92192-7830 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **DISH NETWORK** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| DEPT 0063 | Court Claim Number: | ACCOUNT NO.:  1356 |
| | CLAIM:  0.00 | |
| PALATINE, IL  60055-0063 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIRST NATIONAL COLLECTION++** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 610 WALTHAM WAY | Court Claim Number: | ACCOUNT NO.:  8844 |
| | CLAIM:  0.00 | |
| SPARKS, NV  89434 | COMMENT:  GETTINGTON/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP - AGENT FOR JH PORTFOLI** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:1 | ACCOUNT NO.:  1291 |
| | CLAIM:  1,282.37 | |
| KIRKLAND, WA  98063-0788 | COMMENT:  X7588/SCH*SHEETZ/FNB OF OMAHA*LOAN BGN 1/14/15 | |

| | | |
|---|---|---|
| **GINNYS** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1112 7TH AVE | Court Claim Number: | ACCOUNT NO.:  863O |
| | CLAIM:  0.00 | |
| MONROE, WI  53566 | COMMENT: | |

| | | |
|---|---|---|
| **HUGILL SANITATION INC** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| RR2 BOX 158 RACE RD | Court Claim Number: | ACCOUNT NO.:  7421 |
| | CLAIM:  0.00 | |
| MAHAFFEY, PA  16757-9204 | COMMENT: | |

| | | |
|---|---|---|
| **J P HARRIS ASSOC** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 226 | Court Claim Number: | ACCOUNT NO.:  EN02 |
| | CLAIM:  0.00 | |
| MECHANICSBURG, PA  17055 | COMMENT:  PER CAP~NO TAX YRS~SD BORO?/SCH | |

| | | |
|---|---|---|
| **J P HARRIS ASSOC** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 226 | Court Claim Number: | ACCOUNT NO.:  AIOO |
| | CLAIM:  0.00 | |
| MECHANICSBURG, PA  17055 | COMMENT:  PER CAP~NO TAX YRS~SD BORO?/SCH | |

| | | |
|---|---|---|
| **STERLING JEWELERS D/B/A KAY JEWELERS++** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| C/O FIVE LAKES AGENCY INC | Court Claim Number:2 | ACCOUNT NO.:  9642 |
| PO BOX 80730 | | |
| | CLAIM:  0.00 | |
| ROCHESTER, MI  48308-0730 | COMMENT:  SURR/CONF*UNS/SCH-PL*CL=327.43 | |

| | | |
|---|---|---|
| **MINERS HOSPITAL EMERGENCY PHYSICIAN** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 644560 | Court Claim Number: | ACCOUNT NO.:  DMI1 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264 | COMMENT: | |

| | | |
|---|---|---|
| **MINERS MEDICAL CENTER++** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 643928 | Court Claim Number: | ACCOUNT NO.:  4680 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:10 | ACCOUNT NO.:  7725 |
| | CLAIM:  3,420.92 | |
| NORFOLK, VA  23541 | COMMENT:  X5323/SCH*CITIBANK/SEARS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PENELEC/FIRST ENERGY\*\*** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 | Court Claim Number:11 | ACCOUNT NO.: 2552 |
| PO BOX 367 | | |
| | CLAIM: 384.40 | |
| HOLMDEL, NJ 07733 | COMMENT: X4627/SCH | |

| | | |
|---|---|---|
| **PHYSIOTHERAPY CORPORATION** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 824181 | Court Claim Number: | ACCOUNT NO.: 0630 |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19182-4181 | COMMENT: | |

| | | |
|---|---|---|
| **SHEETZ** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4662 W RIDGE RD | Court Claim Number: | ACCOUNT NO.: 1291 |
| | CLAIM: 0.00 | |
| ERIE, PA 16505 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ADDED CREDITOR  FOR CALCULATION** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| OR NOT ENOUGH INFO/SCHED FOR | Court Claim Number: | ACCOUNT NO.: IROO |
| ENTITY NAME OR NOT ENOUGH INFO | | |
| PER CLM FOR ADDRESS OR PLACEHOLDER | CLAIM: 0.00 | |
| RECORD | COMMENT: 15~SUSQUEHANNA TWP~N CAMBRIA SD/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:8 | ACCOUNT NO.: 1987 |
| PO BOX 2011 | | |
| | CLAIM: 888.22 | |
| WARREN, MI 48090 | COMMENT: SYNCHRONY/WALMART | |

| | | |
|---|---|---|
| **THROUGH THE COUNTRY DOOR** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1112 7TH AVE | Court Claim Number: | ACCOUNT NO.: 853O |
| | CLAIM: 0.00 | |
| MONROE, WI 53566-1364 | COMMENT: | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS++** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.: 1757 |
| | CLAIM: 0.00 | |
| HORSHAM, PA 15090 | COMMENT: NT ADR~ADT SCRTY/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RECOVERY MANAGEMENT SYSTEMS CORF | Court Claim Number: | ACCOUNT NO.: 1987 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM: 0.00 | |
| MIAMI, FL 33131-1605 | COMMENT: NT ADR~WALMART/SCH | |

| | | |
|---|---|---|
| **WEST BRANCH SEWER AUTHORITY** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 901 MAPLE AVE STE 2 | Court Claim Number: | ACCOUNT NO.: 911A |
| | CLAIM: 0.00 | |
| NORTHERN CAMBRIA, PA 15714 | COMMENT: | |

| | | |
|---|---|---|
| **ADT SECURITY SYSTEMS** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 371878 | Court Claim Number: | ACCOUNT NO.: 9183 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15250 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAMBRIA SOMERSET RADIOLOGY** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 239 MAIN ST STE 400 | Court Claim Number: | ACCOUNT NO.:  2697 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15901 | COMMENT: | |

| | | |
|---|---|---|
| **SEARS/CITI CARD USA\*++** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| BANKRUPTCY DEPT\* | Court Claim Number: | ACCOUNT NO.:  7725 |
| POB 182149\* | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT: | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:4 | ACCOUNT NO.:  2139 |
| | CLAIM:  7,238.69 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NO GEN UNS/SCH\*WNTS 24.7%\*W/4 | |

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| BANKRUPTCY DEPARTMENT | Court Claim Number:6 | ACCOUNT NO.:  2604 |
| PO BOX 3730 | | |
| | CLAIM:  5,303.16 | |
| ANAHEIM, CA  92806 | COMMENT:  PMT/INTERIM TRIAL LN MOD\*BGN 6/17\*W/2\*DK\*FR BOA-DOC 69 | |

| | | |
|---|---|---|
| **MERRICK BANK CORP** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5000 | Court Claim Number:7-2 | ACCOUNT NO.:  9572 |
| | CLAIM:  6,592.82 | |
| DRAPER, UT  84020 | COMMENT:  SCH @ 3? \*DFNCY BAL\*AMD | |

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| BANKRUPTCY DEPARTMENT | Court Claim Number:6 | ACCOUNT NO.:  2604 |
| PO BOX 3730 | | |
| | CLAIM:  0.00 | |
| ANAHEIM, CA  92806 | COMMENT:  $0ARRS/PL\*THRU 12/16\*LOAN MOD@38\*CL=4939.92\*DK\*FR BOA-DOC 69 | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:9 | ACCOUNT NO.:  0001 |
| | CLAIM:  547.71 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| BANKRUPTCY DEPARTMENT | Court Claim Number:6-2 | ACCOUNT NO.:  2604 |
| PO BOX 3730 | | |
| | CLAIM:  0.00 | |
| ANAHEIM, CA  92806 | COMMENT:  PMT/DECL\*CL6-2GOV\*LOAN MOD~BGN 10/17\*W/2\*DKT4LMT\*FR BOA-DOC 69 | |

| | | |
|---|---|---|
| **HILL WALLACK LLC** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 777 TOWNSHIP LINE RD STE 250 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| YARDLEY, PA  19067 | COMMENT:  CARRINGTON MORT/PRAE | |