**Fill in this information to identify the case:**

Debtor 1: Clair E Kelly

Debtor 2: Brenda S Kelly
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 16-70837-JAD

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 6 0 4

**Property address:** 233 Hillcrest St
Number    Street

Northern Cambria, PA 15714
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Debtor 1    Clair E Kelly
          First Name    Middle Name    Last Name

Case number (*if known*) 16-70837-JAD

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Elizabeth K. Holdren
Signature

Date 03 / 23 / 2022

Print    Elizabeth K. Holdren
      First Name    Middle Name    Last Name

Title    Creditor's Counsel

Company    Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    21 Roszel Road, P.O. Box 5226
          Number    Street

Princeton, NJ 08543
City    State    ZIP Code

Contact phone ( 609 ) 734 – 6345      Email eholdren@hillwallack.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (JOHNSTOWN)

| | |
|---|---|
| IN RE:<br>**Clair E Kelly**<br>**Brenda S Kelly**<br>    Debtor<br><br>**Carrington Mortgage Services, LLC**<br>    Movant<br>v.<br>**Clair E Kelly**<br>**Brenda S Kelly**<br>    Respondent | CHAPTER 13<br><br>CASE NO.: 16-70837-JAD |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Response to Notice of Final Cure, on the parties below via First-Class Mail and Electronic Notification on March 23, 2022.

Clair E. Kelly
233 Hillcrest Street
Northern Cambria, PA 15714
**Debtor**
**Via Regular Mail**

Brenda S. Kelly
233 Hillcrest Street
Northern Cambria, PA 15714
**Debtor**
**Via Regular Mail**

Kenneth P. Seitz, Esquire
P.O. Box 211
Ligonier, PA 15658
**Debtor's Counsel**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Chapter 13 Trustee**
**Via ECF**

United States Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**U.S. Trustee**
**Via ECF**

Respectfully submitted,
/s/Elizabeth K. Holdren, Esquire
**Elizabeth K. Holdren, Esq., Atty ID**
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543
609-734-6345
eholdren@hillwallack.com