Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Clair E Kelly**
**Brenda S Kelly**
Debtor(s)

Bankruptcy Case No.: 16−70837−JAD

Chapter: 13
Docket No.: 93 − 92

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 29th of March, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/16/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/25/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/16/22.**

Jeffery A. Deller<br>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70837-JAD |
| Clair E Kelly | Chapter 13 |
| Brenda S Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: 408 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clair E Kelly, Brenda S Kelly, 233 Hillcrest Street, Northern Cambria, PA 15714-1508 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 14375259 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14336075 | | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14336076 | + | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14336078 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15412181 | + | CNB Bank Attn: Collections, 31 S 2nd St Po Box 42, Clearfield PA 16830-0042 |
| 14336077 | + | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901-1640 |
| 14336079 | | Cnb Bank, Market & Second, Clearfield, PA 16830 |
| 14336080 | | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14336083 | + | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 14336085 | | Hugill Sanitation, Inc., 779 Front Street, Mahaffey, PA 15757-8909 |
| 14336086 | + | J.P. Harris Associates, LLC, P.O. Box 226, Mechanicsburg, PA 17055-0226 |
| 14336089 | + | Miners Hospital Emergency Physican Group, P.O. Box 644560, Pittsburgh, PA 15264-8500 |
| 14336090 | + | Miners Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14336091 | + | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 14336093 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14336094 | + | Physiotherapy Corporation PP, P.O. Box 824181, Philadelphia, PA 19182-4181 |
| 14336096 | + | Sheetz, 5700 Sixth Avenue, Altoona, PA 16602-1199 |
| 14338100 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14336100 | + | Transworld Systems INC, 802 E. Marintown Road Ste 201, North Augusta, SC 29841-5352 |
| 14336102 | + | West Branch Sewer Authority, 901 Maple Avenue, Suite 2, Northern Cambria, PA 15714-1331 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 30 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 14336073 | + | Email/Text: amscbankruptcy@adt.com | Mar 30 2022 23:36:00 | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14401668 | | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2022 23:33:53 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14336074 | + | Email/Text: assignedrisk@ameriserv.com | Mar 30 2022 23:36:00 | Ameriserv Financial Bank, P.O. Box 520, Johnstown, PA 15907-0520 |
| 14935980 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 30 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14336081 | | Email/Text: Bankruptcy.Consumer@dish.com | Mar 30 2022 23:36:00 | Dish Network, P.O. Box 7203, Pasadena, CA 91109-7303 |
| 14336082 | + | Email/Text: bankruptcy@fncbinc.com | Mar 30 2022 23:35:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |

Case 16-70837-JAD  Doc 94  Filed 04/01/22  Entered 04/02/22 00:26:28  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 30, 2022 | Form ID: 408 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14336084 | + | Email/Text: bankruptcy@sccompanies.com | Mar 30 2022 23:36:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336087 | + | Email/Text: BKRMailOPS@weltman.com | Mar 30 2022 23:35:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14336088 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 30 2022 23:34:02 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 14399138 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 23:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14350946 | + | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 23:34:01 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14336092 | + | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 23:33:35 | OneMain Financial, 3133 New Germany Road, Suite 69, Ebensburg, PA 15931-4348 |
| 14521254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 23:34:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347890 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 23:35:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14336095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:17 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14336098 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:34:01 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14336099 | + | Email/Text: bankruptcy@sccompanies.com | Mar 30 2022 23:36:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336101 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:33:52 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BANK OF AMERICA, N.A. |
| 14336097 | | Susquehanna School Disctrict of N. Cambr |
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2022      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: 408 | Total Noticed: 41 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services LLC eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Clair E Kelly thedebterasers@aol.com |
| Michael J Shavel | on behalf of Creditor Carrington Mortgage Services LLC mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7