**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CLAIR E KELLY<br>BRENDA S KELLY<br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-70837 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/14/2016 and confirmed on 5/23/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,299.00 |
| Less Refunds to Debtor | 3,006.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,292.02 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,971.00 | |
|   Trustee Fee | 4,037.72 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,008.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC<br>    Acct: 2604 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CARRINGTON MORTGAGE SERVICES LLC<br>    Acct: 2604 | 5,303.16 | 5,303.16 | 0.00 | 5,303.16 |
|   CARRINGTON MORTGAGE SERVICES LLC<br>    Acct: 2604 | 0.00 | 68,507.10 | 0.00 | 68,507.10 |
|   CARRINGTON MORTGAGE SERVICES LLC<br>    Acct: 2604 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MERRICK BANK CORP<br>    Acct: 0515 | 0.00 | 0.00 | 0.00 | 0.00 |
|   STERLING JEWELERS D/B/A KAY JEWELE<br>    Acct: 9642 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F<br>    Acct: 2139 | 2,500.00 | 2,500.00 | 270.63 | 2,770.63 |
| | | | | 76,580.89 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CLAIR E KELLY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CLAIR E KELLY<br>    Acct: | 1,526.00 | 1,526.00 | 0.00 | 0.00 |
|   CLAIR E KELLY<br>    Acct: | 1,480.98 | 1,480.98 | 0.00 | 0.00 |
|   LAW OFFICES OF KENNETH P SEITZ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KENNETH P SEITZ ESQ<br>    Acct: | 3,971.00 | 3,971.00 | 0.00 | 0.00 |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
|   AMERISERV FINANCIAL<br>    Acct: 0105 | 2,497.00 | 68.74 | 0.00 | 68.74 |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 9865 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8861 | | | | |
| | CNB BANK | 2,662.70 | 73.30 | 0.00 | 73.30 |
| | Acct: 8001 | | | | |
| | CITY NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1356 | | | | |
| | FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8844 | | | | |
| | QUANTUM3 GROUP - AGENT FOR JH POR | 1,282.37 | 35.30 | 0.00 | 35.30 |
| | Acct: 1291 | | | | |
| | GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 863O | | | | |
| | HUGILL SANITATION INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7421 | | | | |
| | J P HARRIS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: EN02 | | | | |
| | J P HARRIS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: AIOO | | | | |
| | MINERS HOSPITAL EMERGENCY PHYSICI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: DMI1 | | | | |
| | MINERS MEDICAL CENTER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4680 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,420.92 | 94.18 | 0.00 | 94.18 |
| | Acct: 7725 | | | | |
| | PENELEC/FIRST ENERGY** | 384.40 | 10.58 | 0.00 | 10.58 |
| | Acct: 2552 | | | | |
| | PHYSIOTHERAPY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0630 | | | | |
| | SHEETZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1291 | | | | |
| | ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: IROO | | | | |
| | MIDLAND FUNDING LLC | 888.22 | 24.45 | 0.00 | 24.45 |
| | Acct: 1987 | | | | |
| | THROUGH THE COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 853O | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1757 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1987 | | | | |
| | WEST BRANCH SEWER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 911A | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F V | 7,238.69 | 199.28 | 0.00 | 199.28 |
| | Acct: 2139 | | | | |
| | MERRICK BANK CORP | 6,592.82 | 181.50 | 0.00 | 181.50 |
| | Acct: 9572 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 547.71 | 15.08 | 0.00 | 15.08 |
| | Acct: 0001 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADT SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9183 | | | | |
| | CAMBRIA SOMERSET RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2697 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |

16-70837 JAD                                                                                                          Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 7725 | | | | |
| | | | | | 702.41 |
| | | | | | |
| **TOTAL PAID TO CREDITORS** | | | | | 77,283.30 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 0.00 | | | | |
| SECURED | 7,803.16 | | | | |
| UNSECURED | 25,514.83 | | | | |

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CLAIR E KELLY
    BRENDA S KELLY
            Debtor(s)

    Ronda J. Winnecour
            Movant
           vs.
    No Repondents.

Case No.:16-70837 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70837-JAD |
| Clair E Kelly | Chapter 13 |
| Brenda S Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clair E Kelly, Brenda S Kelly, 233 Hillcrest Street, Northern Cambria, PA 15714-1508 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 14375259 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14336075 | | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14336076 | + | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14336078 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15412181 | + | CNB Bank Attn: Collections, 31 S 2nd St Po Box 42, Clearfield PA 16830-0042 |
| 14336077 | + | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901-1640 |
| 14336079 | | Cnb Bank, Market & Second, Clearfield, PA 16830 |
| 14336080 | | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14336083 | + | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 14336085 | | Hugill Sanitation, Inc., 779 Front Street, Mahaffey, PA 15757-8909 |
| 14336086 | + | J.P. Harris Associates, LLC, P.O. Box 226, Mechanicsburg, PA 17055-0226 |
| 14336089 | + | Miners Hospital Emergency Physican Group, P.O. Box 644560, Pittsburgh, PA 15264-8500 |
| 14336090 | + | Miners Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14336091 | + | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 14336093 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14336094 | + | Physiotherapy Corporation PP, P.O. Box 824181, Philadelphia, PA 19182-4181 |
| 14336096 | + | Sheetz, 5700 Sixth Avenue, Altoona, PA 16602-1199 |
| 14338100 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14336100 | + | Transworld Systems INC, 802 E. Marintown Road Ste 201, North Augusta, SC 29841-5352 |
| 14336102 | + | West Branch Sewer Authority, 901 Maple Avenue, Suite 2, Northern Cambria, PA 15714-1331 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 30 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 14336073 | + | Email/Text: amscbankruptcy@adt.com | Mar 30 2022 23:36:00 | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14401668 | | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2022 23:33:53 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14336074 | + | Email/Text: assignedrisk@ameriserv.com | Mar 30 2022 23:36:00 | Ameriserv Financial Bank, P.O. Box 520, Johnstown, PA 15907-0520 |
| 14935980 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 30 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14336081 | | Email/Text: Bankruptcy.Consumer@dish.com | Mar 30 2022 23:36:00 | Dish Network, P.O. Box 7203, Pasadena, CA 91109-7303 |
| 14336082 | + | Email/Text: bankruptcy@fncbinc.com | Mar 30 2022 23:35:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |

Case 16-70837-JAD   Doc 95   Filed 04/01/22   Entered 04/02/22 00:26:28   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14336084 | + | Email/Text: bankruptcy@sccompanies.com | Mar 30 2022 23:36:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336087 | + | Email/Text: BKRMailOPS@weltman.com | Mar 30 2022 23:35:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14336088 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 30 2022 23:33:53 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 14399138 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 23:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14350946 | + | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 23:34:01 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14336092 | + | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 23:33:52 | OneMain Financial, 3133 New Germany Road, Suite 69, Ebensburg, PA 15931-4348 |
| 14521254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 23:33:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347890 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 23:35:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14336095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:19 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14336098 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:33:35 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14336099 | + | Email/Text: bankruptcy@sccompanies.com | Mar 30 2022 23:36:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336101 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:33:36 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BANK OF AMERICA, N.A. |
| 14336097 | | Susquehanna School Disctrict of N. Cambr |
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2022   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 41

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services LLC eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Clair E Kelly thedebterasers@aol.com |
| Michael J Shavel | on behalf of Creditor Carrington Mortgage Services LLC mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7