**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Clair E Kelly | Social Security number or ITIN xxx–xx–7918 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Brenda S Kelly | Social Security number or ITIN xxx–xx–2069 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–70837–JAD | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Clair E Kelly                                      Brenda S Kelly

<u>5/17/22</u>                                            **By the court:** <u>Jeffery A. Deller</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70837-JAD |
| Clair E Kelly | Chapter 13 |
| Brenda S Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clair E Kelly, Brenda S Kelly, 233 Hillcrest Street, Northern Cambria, PA 15714-1508 |
| 14336078 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15412181 | + | CNB Bank Attn: Collections, 31 S 2nd St Po Box 42, Clearfield PA 16830-0042 |
| 14336077 | + | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901-1640 |
| 14336079 | | Cnb Bank, Market & Second, Clearfield, PA 16830 |
| 14336080 | | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14336083 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14336085 | | Hugill Sanitation, Inc., 779 Front Street, Mahaffey, PA 15757-8909 |
| 14336086 | + | J.P. Harris Associates, LLC, P.O. Box 226, Mechanicsburg, PA 17055-0226 |
| 14336089 | + | Miners Hospital Emergency Physican Group, P.O. Box 644560, Pittsburgh, PA 15264-8500 |
| 14336090 | + | Miners Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14336093 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14336094 | + | Physiotherapy Corporation PP, P.O. Box 824181, Philadelphia, PA 19182-4181 |
| 14336096 | + | Sheetz, 5700 Sixth Avenue, Altoona, PA 16602-1199 |
| 14338100 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14336100 | + | Transworld Systems INC, 802 E. Marintown Road Ste 201, North Augusta, SC 29841-5352 |
| 14336102 | + | West Branch Sewer Authority, 901 Maple Avenue, Suite 2, Northern Cambria, PA 15714-1331 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 18 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 18 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2022 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: BANKAMER.COM | May 18 2022 03:43:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 23:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 14336073 | + Email/Text: amscbankruptcy@adt.com | | |

Case 16-70837-JAD Doc 101 Filed 05/19/22 Entered 05/20/22 00:25:08 Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 43 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 17 2022 23:51:00 | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14401668 | | EDI: AIS.COM | May 18 2022 03:43:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14336074 | + | Email/Text: assignedrisk@ameriserv.com | May 17 2022 23:51:00 | Ameriserv Financial Bank, P.O. Box 520, Johnstown, PA 15907-0520 |
| 14375259 | | EDI: BANKAMER.COM | May 18 2022 03:43:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14336075 | | EDI: BANKAMER.COM | May 18 2022 03:43:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14336076 | + | EDI: BANKAMER.COM | May 18 2022 03:43:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14935980 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 23:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14336081 | | EDI: ESSL.COM | May 18 2022 03:43:00 | Dish Network, P.O. Box 7203, Pasadena, CA 91109-7303 |
| 14336083 | | Email/Text: collecadminbankruptcy@fnni.com | May 17 2022 23:51:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14336082 | + | Email/Text: bankruptcy@fncbinc.com | May 17 2022 23:50:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14336084 | + | EDI: CBS7AVE | May 18 2022 03:43:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336087 | + | Email/Text: BKRMailOPS@weltman.com | May 17 2022 23:51:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14336091 | | Email/Text: compliance@monarchrm.com | May 17 2022 23:50:00 | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154 |
| 14336088 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2022 00:00:22 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 14399138 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14350946 | + | EDI: AGFINANCE.COM | May 18 2022 03:43:00 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14336092 | + | EDI: AGFINANCE.COM | May 18 2022 03:43:00 | OneMain Financial, 3133 New Germany Road, Suite 69, Ebensburg, PA 15931-4348 |
| 14521254 | | EDI: PRA.COM | May 18 2022 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347890 | | EDI: Q3G.COM | May 18 2022 03:43:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14336095 | + | EDI: CITICORP.COM | May 18 2022 03:43:00 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14336098 | + | EDI: RMSC.COM | May 18 2022 03:43:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14336099 | + | EDI: CBS7AVE | May 18 2022 03:43:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336101 | + | EDI: RMSC.COM | May 18 2022 03:43:00 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| 14336097 | | Susquehanna School Disctrict of N. Cambr |
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services LLC eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Clair E Kelly thedebterasers@aol.com |
| Michael J Shavel | on behalf of Creditor Carrington Mortgage Services LLC mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7