IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
  CLAIR E KELLY
  BRENDA S KELLY
        Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.
  No Repondents.

Case No.:16-70837 JAD

Chapter 13

Document No.: 92

FILED
5/17/22 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __17th__ day of __May__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE     jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 16-70837-JAD
Clair E Kelly                                                                                    Chapter 13
Brenda S Kelly
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clair E Kelly, Brenda S Kelly, 233 Hillcrest Street, Northern Cambria, PA 15714-1508 |
| 14336078 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15412181 | + | CNB Bank Attn: Collections, 31 S 2nd St Po Box 42, Clearfield PA 16830-0042 |
| 14336077 | + | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901-1640 |
| 14336079 | | Cnb Bank, Market & Second, Clearfield, PA 16830 |
| 14336080 | | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14336083 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14336085 | | Hugill Sanitation, Inc., 779 Front Street, Mahaffey, PA 15757-8909 |
| 14336086 | + | J.P. Harris Associates, LLC, P.O. Box 226, Mechanicsburg, PA 17055-0226 |
| 14336089 | + | Miners Hospital Emergency Physican Group, P.O. Box 644560, Pittsburgh, PA 15264-8500 |
| 14336090 | + | Miners Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14336093 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd, Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14336094 | + | Physiotherapy Corporation PP, P.O. Box 824181, Philadelphia, PA 19182-4181 |
| 14336096 | + | Sheetz, 5700 Sixth Avenue, Altoona, PA 16602-1199 |
| 14338100 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14336100 | + | Transworld Systems INC, 802 E. Marintown Road Ste 201, North Augusta, SC 29841-5352 |
| 14336102 | + | West Branch Sewer Authority, 901 Maple Avenue, Suite 2, Northern Cambria, PA 15714-1331 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 23:50:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 23:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 14336073 | + | Email/Text: amscbankruptcy@adt.com | May 17 2022 23:51:00 | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14401668 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 23:58:49 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14336074 | + | Email/Text: assignedrisk@ameriserv.com | May 17 2022 23:51:00 | Ameriserv Financial Bank, P.O. Box 520, Johnstown, PA 15907-0520 |
| 14375259 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 23:50:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14336075 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 23:50:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14336076 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 23:50:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |

Case 16-70837-JAD   Doc 102   Filed 05/19/22   Entered 05/20/22 00:25:08   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14935980 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 23:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14336081 | | Email/Text: Bankruptcy.Consumer@dish.com | May 17 2022 23:51:00 | Dish Network, P.O. Box 7203, Pasadena, CA 91109-7303 |
| 14336083 | | Email/Text: collecadminbankruptcy@fnni.com | May 17 2022 23:51:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14336082 | + | Email/Text: bankruptcy@fncbinc.com | May 17 2022 23:50:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14336084 | + | Email/Text: bankruptcy@sccompanies.com | May 17 2022 23:51:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336087 | + | Email/Text: BKRMailOPS@weltman.com | May 17 2022 23:51:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14336091 | | Email/Text: compliance@monarchrm.com | May 17 2022 23:50:00 | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154 |
| 14336088 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2022 00:00:34 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 14399138 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14350946 | + | Email/PDF: cbp@onemainfinancial.com | May 17 2022 23:48:22 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14336092 | + | Email/PDF: cbp@onemainfinancial.com | May 17 2022 23:48:22 | OneMain Financial, 3133 New Germany Road, Suite 69, Ebensburg, PA 15931-4348 |
| 14521254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 23:48:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347890 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2022 23:51:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14336095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2022 23:58:52 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14336098 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 23:58:52 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14336099 | + | Email/Text: bankruptcy@sccompanies.com | May 17 2022 23:51:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14336101 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 00:00:16 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| 14336097 | | Susquehanna School Disctrict of N. Cambr |
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 41 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services  LLC eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brenda S Kelly thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Clair E Kelly thedebterasers@aol.com |
| Michael J Shavel | on behalf of Creditor Carrington Mortgage Services  LLC mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7